# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSÉ JOAQUIN SANTANA, JR. | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:19cv241-HSO-RHWR |
| | § | |
| AARON'S, INC. | § | DEFENDANT |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Memorandum Opinion and Order entered this date and the Memorandum Opinion and Order entered on December 10, 2020,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED,** this the 22nd day of June, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE